**Order entered April 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00306-CR

### KAREN PATRICIA BOWIE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81418-2011**

## ORDER

Appellant's March 31, 2014 motion to extend the time to file appellant's brief is

**GRANTED**. The time to file appellant's brief is **EXTENDED** to **April 11, 2014**.


/s/    LANA MYERS
       JUSTICE